**Order entered July 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00158-CR

**FERNANDO MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00579-M**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 13, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 10, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE